UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

United States Of America,      *
                               *
    Plaintiff and           *
    Judgment Creditor,      *
                               *
v.                             * Civil No. Y-98-2737
                               *
WAYNE E. SIGLER, JR.,          *
                               *
    Defendant and           *
    Judgment Debtor,        *
and                            *
                               *
Richard B. Rudy, Inc.          *
1 Bernard Drive                *
Frederick, Maryland 21701-5100,*
                               *
    Garnishee.              *

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $6,239.88, plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on December 1, 2000, stating that at the time of the service of the Writ of Continuing Garnishment, no claims for services had been filed by the Judgment Debtor with the Garnishee. The Garnishee stated in the Answer of the Garnishee, that their system has been noted to deduct 12% of any future claims for payment due to the Judgment Debtor as claims are filed, in response to this garnishment until ordered to cease by the court.

On or about November 21, 2000, the Defendant and Judgement Debtor was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay the sum of <u>12% of any claim payments</u> to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgement Debtor or until further Order of this Court.

_____         _____
Date                                                                  United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JOSEPH H. YOUNG
JUDGE
BALTIMORE, MARYLAND 21201

January 8, 2001

Tamera L. Fine, Esq.
Assistant United States Attorney
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re: United States of America v.
         Wayne E. Sigler, Jr., et al.
         Civil No. Y-98-2737

Dear Ms. Fine:

      I enclose a copy of the Garnishee Order signed as of this date.

      It is my understanding that the Notice to a Defendant and Judgment Debtor was sent to the parties by first class mail on November 21, 2000, and that no response has been filed to those documents.

      If there are any problems with this case, please notify the Court promptly.

                              Very truly yours,

                              Joseph H. Young
               Senior United States District Judge

Enc.
cc: Wayne E. Sigler, Jr.
    Shady Brook Terrace #16910
    Hagerstown, Maryland 21740

    Richard B. Rudy, Inc.
    1 Bernard Drive
    Frederick, Maryland 21701